IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ENTERGY ARKANSAS, INC.                                                                    PLAINTIFF

v.                                          Case No. 6:17-cv-6022

BRENT JAMES                                                                               DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 20, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that Plaintiff's Motion to Remand (ECF No. 7) be granted and no attorney's fees awarded to either party. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion to Remand (ECF No. 7) is **GRANTED**. Pursuant to 28 U.S.C. § 1447(c), this case is remanded to the Circuit Court of Garland County, Arkansas.

**IT IS SO ORDERED**, this 9th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge